COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | § | |
|---|---|---|
| ELDON RODRIGUEZ and MARIA RODRIGUEZ, | § | No. 08-21-00118-CV |
| Appellants, | § | Appeal from the |
| v. | § | 210th District Court |
| ERIC BLISS DARNELL d/b/a THE LAW OFFICE OF ERIC B. DARNELL, and ERIC B. DARNELL, P.C., | § | of El Paso County, Texas |
| | § | (TC# 2019-DCV-2871) |
| Appellees. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed because Appellants have failed to make financial arrangements to pay for the clerk's record, we dismiss the appeal for want of prosecution.

The El Paso County District Clerk notified the Court that Appellants have not made financial arrangements to pay for preparation of the clerk's record as required by TEX.R.APP.P. 35.3(a)(2). The Clerk of the Court twice notified Appellants that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds

for continuing the appeal.  *See* TEX.R.APP.P. 37.3(b).  Appellants have not filed any response establishing they are entitled to appeal without paying for the clerk's record, nor have Appellants otherwise shown that arrangements to pay for preparation of the clerk's record have been made. We conclude that the clerk's record has not been filed due to the fault of the Appellants. Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX.R.APP.P. 37.3(b), 42.3(b), (c).

JEFF ALLEY, Justice

August 30, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.